**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SELVIN ORLANDO CARRANZA, | ) | NO. CV 09-09241 CJC (SS) |
| Petitioner, | ) | |
| v. | ) | **ORDER ADOPTING FINDINGS,** |
| DARRAL G. ADAMS, Warden, | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| Respondent. | ) | **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. Objections were due on January 26, 2010. On January 25, 2010, Petitioner filed a "Notice Of 'No' Intentions To File A Statement Of Objections" which stated his intent not to object. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

Accordingly, IT IS ORDERED THAT:

1. The Petition is DENIED and Judgment shall be entered dismissing this action without prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner.

DATED: February 4, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2