1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   SELVIN ORLANDO CARRANZA,          )    NO. CV 09-09241 CJC (SS)
                                        )
12                   Petitioner,        )
                                        )   **JUDGMENT**
13            v.                        )
                                        )
14   DARRAL G. ADAMS, Warden,           )
                                        )
15                                      )
                     Respondent.        )
16   _____)

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   without prejudice.

23

24   DATED: February 4, 2010

25

26                                     _____
                                        CORMAC J. CARNEY
27                                      UNITED STATES DISTRICT JUDGE

28